UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL K. WOOLFORK, EVAN STONE,

      Plaintiffs,

-vs-                                Case No. 6:06-cv-1194-Orl-28KRS

TWO MEN & A TRUCK/ORANGE
COUNTY WEST, DUANE SELL,

      Defendants.
_____

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion For Approval of Settlement, Motion to Retain Jurisdiction to Enforce the Settlement Agreement, Motion to Approve Consent Judgment, and Motion to Dismiss Case with Prejudice (Doc. No. 32) filed October 24, 2007. The United States Magistrate Judge has submitted a report recommending that the settlement agreement be approved except for the confidentiality provision and the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 25, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Approval of Settlement, Motion to Retain Jurisdiction to Enforce the Settlement Agreement, Motion to Approve Consent Judgment, and Motion to Dismiss Case with Prejudice, is granted in part and denied in part.

3. The Parties' Settlement Agreement is **APPROVED** except for the confidentiality provision.

4. This case is dismissed without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown or to submit a stipulated form of final order or judgment. All pending motions are denied as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __19__ day of November, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party